THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEO INGENITO, Petitioner-Respondent, against WARDEN and AGENT OF AUBURN PRISON, Respondent, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

Argued October 5, 1944; decided November 16, 1944.

*Nathaniel L. Goldstein, Attorney-General (Herman N. Harcourt, Orrin G. Judd* and *Patrick H. Clune* of counsel), for appellant.

*Maurice Edelbaum* for petitioner-respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.